*Friday, April 10, 1998*

## MOTION DOCKET

**98–147. State v. O'Neal.**
Hamilton App. No. C–960392.

This cause is a death penalty appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's response to the order to show cause entered March 30, 1998,

IT IS ORDERED by the court, *sua sponte*, that appellant shall file a merit brief within twenty days of this entry.

**98–592. United Auto Workers Local Union 1112 v. Philomena.**
Franklin App. Nos. 97APE01–100 and 97APE01–69.

This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' motion for stay and appellees' request to strike the notice of appeal,

IT IS ORDERED by the court that the motion for stay and request to strike be, and hereby are, denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., concur, denying the stay as moot.

*Tuesday, April 14, 1998*

## MERIT DOCKET

**98–519. State ex rel. Commt. for the Charter Amendment Petition v. Avon.**
In Mandamus.

This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that, consistent with the opinion to follow, the writ of mandamus be, and hereby is, granted, and respondents are to place the proposed charter amendment on the May 5, 1998 election ballot.

IT IS FURTHER ORDERED by the court that relators' request for attorney fees be, and hereby is, granted, and relators are to file a bill and documentation in support of their request for attorney fees, in accordance with the guidelines set forth in DR 2–106, within thirty days of the date of this entry.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MISCELLANEOUS DISMISSALS

**98–662. State v. Houston.**
Cuyahoga App. No. 72383.

On April 6, 1998, appellant filed a notice of appeal and memorandum in support of jurisdiction. The memorandum does not contain a copy of the court of appeals' opinion and judgment entry being appealed. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the memorandum in support of jurisdiction be, and hereby is, stricken, and this cause be, and hereby is, dismissed.